CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
FAMILY DOLLAR, INC.

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| MACIE PACHEACO,<br><br>  Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., DOES 1 to 30,<br><br>  Defendants. | Case No.: 2:21-cv-00620-JAM-DB<br>(*San Joaquin Superior Court Case No.: STK-CV-UPI-2020-0010524*)<br><br>[Assigned to Hon. John A. Mendez, U.S. District Judge]<br><br>**ORDER ON JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed: December 15, 2020 |

**GOOD CAUSE APPEARING,** and the parties hereto having stipulated, it is hereby ORDERED that the parties shall file dispositional documents no later than July 8, 2021.

IT IS SO ORDERED,

DATED: June 1, 2021        /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE