UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| MACIE PACHEACO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br>DOES 1 to 30,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00620-JAM-DB<br>(*San Joaquin Superior Court Case No.: STK-CV-UPI-2020-0010524*)<br><br>[Assigned to Hon. John A. Mendez, U.S. District Judge]<br><br>**ORDER ON FURTHER JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed: December 15, 2020 |

**GOOD CAUSE APPEARING,** and the parties hereto having stipulated, it is hereby ORDERED that the parties shall file dispositional documents no later than December 10, 2021.

IT IS SO ORDERED,

DATED: September 30, 2021　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE