UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| MACIE PACHEACO,<br><br>           Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br>DOES 1 to 30,<br><br>           Defendants. | Case No.: 2:21-cv-00620-JAM-DB<br>(*San Joaquin Superior Court Case No.: STK-CV-UPI-2020-0010524*)<br><br>[Assigned to Hon. John A. Mendez, U.S. District Judge]<br><br>**ORDER ON FURTHER JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed: December 15, 2020 |

**GOOD CAUSE APPEARING,** and the parties hereto having stipulated, it is hereby ORDERED that the parties shall file dispositional documents no later than April 19, 2022.

IT IS SO ORDERED,

Dated: February 18, 2022      /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

**ORDER ON FURTHER JOINT STATUS REPORT RE SETTLEMENT**