1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| MACIE PACHEACO,<br><br>                    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br>DOES 1 to 30,<br><br>                    Defendants. | Case No.: 2:21-cv-00620-JAM-DB<br>(*San Joaquin Superior Court Case No.:<br>STK-CV-UPI-2020-0010524*)<br><br>[Assigned to Hon. John A. Mendez, U.S.<br>District Judge]<br><br>**ORDER ON NOTICE<br>OF VOLUNTARY DISMISSAL<br>PURSUANT TO FED. R. CIV. P.<br>41(a)(1)**<br><br>Complaint Filed:  December 15, 2020 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, MACIE PACHEACO is hereby dismissed in its entirety, with prejudice.

DATED:  July 12, 2022

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR U.S. DISTRICT COURT JUDGE

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)**